# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

| | |
|---|---|
| ADRIAN JERARD MAXWELL, <br> ADC# 124453 <br>           Plaintiff, <br> vs. <br><br> KARL BYRD, Sheriff, Faulkner <br> County; *et al.*, <br><br>           Defendants. | * <br> * <br> * <br> * <br> *    No. 4:10-cv-00903-SWW-JJV <br> * <br> * <br> * <br> * |

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff file, within thirty (30) days of the date of the Order adopting this Recommendation, an Amended Complaint containing the information specified in section II of this Recommendation. Failure to do so will result in dismissal of this case, without prejudice.

2. The remainder of Plaintiff's claims are dismissed for failure to state a claim upon which relief may be granted.

DATED this 31ST day of August, 2010.

                                          /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE