# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| ADRIAN JERARD MAXWELL, ADC# 124453, | * * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:10-cv-00903-SWW-JJV |
| KARL BYRD, Sheriff, Faulkner County; *et al.*, | * * | |
| Defendants. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's deliberate indifference to medical needs claim is DISMISSED for failure to state a claim on which relief may be granted, and Defendants Stewart and Mears are dismissed from this action.

SO ORDERED this 23rd day of July, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE