**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| ADRIAN JERARD MAXWELL, | * | |
| ADC# 124453, | * | |
|     Plaintiff, | * | |
| v. | * | |
| | * | No. 4:10-cv-00903-SWW-JJV |
| KARL BYRD, Sheriff, Faulkner | * | |
| County; *et al.,* | * | |
|     Defendants. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's deliberate indifference to medical needs claim is DISMISSED for failure to state a claim on which relief may be granted, and Defendants Stewart and Mears are dismissed from this action.

SO ORDERED this 23rd day of July, 2012.

                                              /s/Susan Webber Wright
                                              UNITED STATES DISTRICT JUDGE