**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| ADRIAN JERARD MAXWELL, <br> ADC# 124453, <br>     Plaintiff, <br> v. <br> <br> KARL BYRD, Sheriff, Faulkner County; *et al.*, <br>     Defendants. | * <br> * <br> * <br> * <br> *   No. 4:10-cv-00903-SWW-JJV <br> * <br> * <br> * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 14th day of September, 2012.

                                                            /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE