**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ADRIAN JERARD MAXWELL,                    *
ADC# 124453,                              *
                          Plaintiff,      *
v.                                        *
                                          *        No. 4:10-cv-00903-SWW-JJV
KARL BYRD, Sheriff, Faulkner              *
County; *et al.,*                         *
                          Defendants.     *

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3),

that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be

taken in good faith.

DATED this 14th  day of September, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE